```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/16/2025  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

            Plaintiff,

  -against-

ROVE LLC,

            Defendant.

25 Civ. 5642 (AT)

**ORDER**

ANALISA TORRES District Judge:

    By order dated July 15, 2025, the Court directed the parties to submit a joint letter and proposed case management plan by September 15, 2025. ECF No. 7. Those submissions are now overdue. Accordingly, by **October 14, 2025**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 16, 2025
       New York, New York

                                    ANALISA TORRES
                                 United States District Judge